In the Matter of the Claim of the Estate of NICK MOLLICK, Deceased, Respondent, against MODERN ROOFING COMPANY, INC., Respondent, and FEDERAL SURETY COMPANY, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted June 1, 1932; decided June 21, 1932.)

*Clarence E. Mellen* for appellant.

*John J. Bennett, Jr.,* Attorney-General (*Joseph A. McLaughlin* and *John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.